FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Andrew Cristian Williams

Defendant.

Case No.: 5:22-MJ-360

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Northern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

      (X)  information in the Pretrial Services Report and Recommendation

      (X)  information in the violation petition and report(s)

      ( )  the defendant's nonobjection to detention at this time

      ( )  other: _____

1

1    and/ or

2    B. (X)    The defendant has not met his/her burden of establishing by clear and

3             convincing evidence that he/she is not likely to pose a danger to the safety

4             of any other person or the community if released under 18 U.S.C.

5             § 3142(b) or (c).  This finding is based on the following:

6             (X)    information in the Pretrial Services Report and Recommendation

7             (X)    information in the violation petition and report(s)

8             ( )    the defendant's nonobjection to detention at this time

9             ( )    other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  June 3, 2022                        _____

15                                                        SHERI PYM
                                                  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28